JUDGE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR06-5265RBL |
| Plaintiff, | ) ) | ORDER SEALING DEFENDANT'S SENTENCING MEMORANDUM |
| vs. | ) ) | |
| EDDY RODRIGUEZ SANTIAGO, | ) ) | |
| Defendant. | ) | |

The Court having considered the Motion for Order Sealing Defendant's Sentencing Memorandum and attachments thereto,

NOW THEREFORE IT IS HEREBY ORDERED that the Defendant's Sentencing Memorandum and attachments thereto, are to be sealed.

IT IS SO ORDERED this 7th day of March, 2007.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

/s_____
Colin A. Fieman
Attorney for Defendant

ORDER SEALING – page 1

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway , Suite 400**
**Tacoma, Washington  98402**
**(253) 593-6710**